# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 083

| | |
|---|---|
| TERESA STILLS, ) | |
|     Plaintiff ) | |
| V ) | **ORDER** |
| DOLGENCORP, INC. et. al., ) | |
|     Defendants ) | |

**THIS MATTER** is before the court on Michael L. Wade, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Joel S. Allen. It appearing that Joel S. Allen is a member in good standing with the Texas Bar and will be appearing with Michael L. Wade, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Michael L. Wade, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#11) of Joel S. Allen is **GRANTED**, and that Joel S. Allen is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michael L. Wade, Jr.

Signed: May 5, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge