# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv83

| | |
|---|---|
| **TERESA STILLS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **DOLGENCORP, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on Michelle Price Massingale's Motion for Admission *Pro Hac Vice* of Charles Lance Gould. It appearing that Charles Lance Gould is a member in good standing with the Alabama State Bar and will be appearing with Michelle Price Massingale (#20), a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Michelle Price Massingale's Motion for Admission *Pro Hac Vice* (#20) of Charles Lance Gould is **GRANTED,** and Charles Lance Gould is **ADMITTED** to practice, *pro hac vice,* before the Bar of this court while associated with Michelle Price Massingale.

**COUNSEL FOR PLAINTIFF IS ADVISED** to closely review the caption of

this particular motion as it contains the name and case number of another plaintiff in another similar case. This is second filing error the court has found in this series of cases and respectfully cautions all counsel to use care in these matters.

Signed: May 24, 2010

Dennis L. Howell
United States Magistrate Judge